# IN THE SUPREME COURT OF THE STATE OF NEVADA

PEDRO RODRIGUEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70969

FILED

MAY 05 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF REVERSAL AND REMAND*

This is an appeal from an order of the district court denying a postconviction petition for a writ of habeas corpus in a death penalty case. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

Rodriguez's sole contention on appeal is that the district court erred in dismissing his postconviction petition without appointing counsel to represent him pursuant to NRS 34.820. We agree. NRS 34.820(1) mandates the appointment of counsel when a petitioner who is under a sentence of death files the first postconviction petition challenging his "conviction or sentence." (Emphasis added.) Although Rodriguez filed a prior postconviction petition, he obtained relief and was granted a new sentencing hearing, making the instant petition his first challenging his current death sentence and the proceedings that resulted in that sentence. We acknowledge that Rodriguez's pro se petition includes bare allegations that are unsupported by specific factual allegations. *See Hargrove v. State*, 100 Nev. 498, 502, 686 P.2d 222, 225 (1984) (stating that "bare" or "naked" allegations in a postconviction petition do not warrant relief). However, as he was entitled to the appointment of counsel under NRS

SUPREME COURT
OF
NEVADA

(O) 1947A

17-14933

34.820(1) upon the filing of the petition, the district court's decision to dismiss on this basis was erroneous. Accordingly, we

ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for the appointment of counsel and further proceedings.

_____, C.J.
Cherry

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Pickering

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Stiglich

cc:  Hon. Lynne K. Simons, District Judge
Pedro Rodriguez
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk